No. 81–5381. WHITE *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 81–5382. SANDERS *v.* NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 81–5384. ROBERTS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–5387. PAOLO *v.* OREGON. Ct. App. Ore. Certiorari denied.

No. 81–5389. UNITED STATES EX REL. LEWIS *v.* CIRCUIT COURT FOR MILWAUKEE COUNTY ET AL. Ct. App. Wis. Certiorari denied.

No. 81–5391. MARTINEZ *v.* DEAUVILLE HOTEL ET AL. Sup. Ct. Fla. Certiorari denied.

No. 81–5392. RIVERA *v.* OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 81–5399. RUBASKY *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.

No. 81–5401. SABEL *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 81–5404. BOLDT *v.* WISCONSIN. Sup. Ct. Wis. Certiorari denied.

No. 81–5405. BOLES *v.* JOHNSON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.